| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16079-PMM**

John Quinn Colarusso
1128 Wynnewood Drive
Northampton  PA    18067

Petition Filed Date: 09/27/2019
341 Hearing Date: 11/19/2019
Confirmation Date: 06/25/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | $375.00 | | 09/25/2023 | $375.00 | | 10/25/2023 | $375.00 | |
| 11/28/2023 | $375.00 | | 12/27/2023 | $375.00 | | 01/25/2024 | $375.00 | |
| 02/27/2024 | $375.00 | | 03/25/2024 | $375.00 | | 04/25/2024 | $375.00 | |
| 05/28/2024 | $375.00 | | 06/26/2024 | $375.00 | | 07/25/2024 | $375.00 | |

**Total Receipts for the Period:  $4,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $21,375.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,110.00 | $3,110.00 | $0.00 |
| 1 | HYUNDAI LEASE TITLING TRUST<br>»» 001 | Unsecured Creditors | $4,752.94 | $0.00 | $4,752.94 |
| 2 | NATIONSTAR MORTGAGE LLC<br>»» 002 | Mortgage Arrears | $16,366.00 | $16,366.00 | $0.00 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $5,710.15 | $0.00 | $5,710.15 |
| 4 | PSECU<br>»» 004 | Unsecured Creditors | $10,918.81 | $0.00 | $10,918.81 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $11,778.19 | $0.00 | $11,778.19 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $7,745.92 | $0.00 | $7,745.92 |
| 7 | SYNCHRONY BANK<br>»» 007 | Unsecured Creditors | $10,765.84 | $0.00 | $10,765.84 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $6,161.46 | $0.00 | $6,161.46 |
| 9 | BMW FINANCIAL SERVICES<br>»» 009 | Unsecured Creditors | $5,514.58 | $0.00 | $5,514.58 |

**Chapter 13 Case No. 19-16079-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,375.00 | Current Monthly Payment: | $370.00 |
| Paid to Claims: | $19,476.00 | Arrearages: | ($260.00) |
| Paid to Trustee: | $1,876.87 | Total Plan Base: | $21,855.00 |
| Funds on Hand: | $22.13 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.