# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **John Quinn Colarusso** | : | **Case No.: 19-16079** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **U.S. Bank National Association, as Trustee for American General Mortgage Loan Trust 2010-1 American General Mortgage Pass-Through Certificates, Series 2010-1** ("Creditor"). Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Alyk L. Oflazian | /s/ Stephen R. Franks |
| Alyk L. Oflazian (312912) | Stephen R. Franks (333394) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| ALOflazian@mdklegal.com | srfranks@mdklegal.com |

22-031199_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-16079** |
| **John Quinn Colarusso** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **U.S. Bank National Association, as** | : | **Related Document #** |
| **Trustee for American General Mortgage** | : | |
| **Loan Trust 2010-1 American General** | : | |
| **Mortgage Pass-Through Certificates,** | : | |
| **Series 2010-1** | : | |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **John Quinn Colarusso** | | |
| **Jacine Y. Colarusso** | | |
| **Scott F. Waterman** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Charles Laputka, Attorney for John Quinn Colarusso, claputka@laputkalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

John Quinn Colarusso, 1128 Wynnewood Drive, Northhampton, PA  18067

/s/ Stephen R. Franks

22-031199_PS