United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-16079-pmm
John Quinn Colarusso  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 3
Date Rcvd: Nov 19, 2024  Form ID: 138OBJ  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Quinn Colarusso, 1128 Wynnewood Drive, Northampton, PA 18067-8708 |
| 14396179 | + | 5 Star Bank, 2851 Clover St, Pittsford, NY 14534-1711 |
| 14396187 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, PC, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 14396188 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219-9111 |
| 14821800 | + | U.S. Bank National Assoc., C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14726699 | | U.S. Bank National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14726893 | + | U.S. Bank National Association, C/O ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 20 2024 00:29:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 20 2024 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14396181 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 20 2024 00:26:33 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 14398701 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2024 00:38:19 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14435148 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2024 00:38:19 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14396180 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 20 2024 00:29:00 | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 14396182 | + | Email/Text: bankruptcydept@wyn.com | Nov 20 2024 00:29:00 | Fairlfield Acceptance, 10750 W Charleston, Suite 130, Las Vegas, NV 89135-1049 |
| 14403267 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 20 2024 00:29:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14431141 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 20 2024 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14396184 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 20 2024 00:39:42 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14412241 | + | Email/Text: RASEBN@raslg.com | Nov 20 2024 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | Bypass/Notice | Date/Time | Name and Address |
|---|---|---|---|
| | | | P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14396185 | ^ MEBN | Nov 20 2024 00:21:48 | Kia Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14396186 | Email/Text: amps@manleydeas.com | Nov 20 2024 00:29:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14396189 | Email/Text: bankruptcynotices@psecu.com | Nov 20 2024 00:29:00 | PA State Employee Credit Union, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 14434482 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 00:40:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14417935 | + Email/Text: bankruptcynotices@psecu.com | Nov 20 2024 00:29:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14407755 | + Email/Text: RASEBN@raslg.com | Nov 20 2024 00:29:00 | RAS Crane, LLC, C/O Cristina DiGiannantonio, 10700 Abbott's Bridge Road, Ste. 170, Duluth, GA 30097-8461 |
| 14396190 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:25:45 | SYNCB/Home Design HVAC, PO Box 965036, Orlando, FL 32896-5036 |
| 14396191 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:38:44 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14431781 | ^ MEBN | Nov 20 2024 00:22:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14411822 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 20 2024 00:29:00 | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9096 |
| 14407259 | + Email/Text: RASEBN@raslg.com | Nov 20 2024 00:29:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14821409 | ^ MEBN | Nov 20 2024 00:21:50 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14429888 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 20 2024 00:39:51 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14396192 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 20 2024 00:38:26 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14396183 | ##+ | Jacine Yannuzzi, 5112 Saylor Park Dr, Apt 6, Whitehall, PA 18052-2248 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| BRANDON DONALD PACK | on behalf of Creditor U.S. Bank National Association bpack@rasnj.com |
| CHARLES LAPUTKA | on behalf of Debtor John Quinn Colarusso claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. Bank National Association cdigianantonio@rascrane.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Stephen Franks | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 46 − 45

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   John Quinn Colarusso<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−16079−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

   In the absence of any objection, the Court may enter the Order of Discharge.


Date: November 19, 2024                           For The Court

                                                            Timothy B. McGrath
                                                            Clerk of Court